**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CYNTHIA FLENNIKEN, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-16-1013-W |
| | ) |
| WINDSOR-BROOKE BOOKS, L.L.C., a | ) |
| Georgia limited liability company, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, Cynthia Flenniken ("Plaintiff") for her cause of action against Defendant, Windsor-Brooke Books, L.L.C. ("Defendant"), alleges and states as follows:

## JURISDICTION, VENUE & PARTIES

1. This is an action arising in part under the laws of the United States, specifically, the Copyright Act of 1976, 17 U.S.C. § 101 *et seq*.

2. The Court has original jurisdiction of these claims pursuant to 28 U.S.C. §§ 1331 and 1338.

3. Venue is proper in the Western District of Oklahoma pursuant to 28 U.S.C. §§ 1391 and 1400(a).

4. Plaintiff is an individual residing in Oklahoma County, Oklahoma.

5. Upon information and belief, Defendant is a Georgia limited liability company with its principal place of business in at 506 Roswell Street, Suite 310, Marietta, Georgia 30060.

1

## BACKGROUND

6. Non-party Sister Mary Louise Donnelly was the author of several literary works (the "Literary Works"), some of which are the subject of registrations issued by the United States Copyright Office.

7. Sister Donnelly died on September 16, 2008 and her will bequeathed all right, title and interest in her Literary Works to non-party Bishop Mark Seitz.

8. On or about January 12, 2016, Bishop Seitz conveyed all of his right, title and interest in and to the Literary Works, including any and all registrations therefor, to Plaintiff.

9. The registered Literary Works owned by Plaintiff are as follows (collectively, the "Registered Works"):

| Name of Work | Registration Number |
| --- | --- |
| Arnold Livers Family in America (Revised edition) | TX0007143298 |
| Beaven, Blanford, Clarkson, Mitchell families of Maryland, Kentucky, USA | TX0004508629 |
| Buckman family of Maryland and Kentucky | TX0000714767 |
| Buckman family of Maryland, Kentucky, Missouri, USA | TX0004508628 |
| Charles County, Maryland: my colonial relations, plus others | TXU000979693 |
| Colonial settlers, St. Clement's Bay, 1634-1780, St. Mary's County, Maryland | TX0004493987 |
| Craycrofts of Maryland and Kentucky kin | TX0000947871 |
| Early settlers of St. Clement's Bay: 1634-1780: St. Mary's County, Maryland | TX0004141596 |
| Edward Willet, colonial Maryland pewterer, county clerk, plantation owner: his ancestors and descendants | TX0005023309 |
| Gardiner descendants, plus Hatton family and Weire family histories | TXU001182703 |
| Genealogy: a step-by-step approach for beginners, ages 10-80 | TX0001165531 |

| | |
|---|---|
| Hayden / Rapier and allied families | TXU000493088 |
| Imprints, 1608-1980, Hamilton, allied families | TX0000714765 |
| Jamestown, southern Virginia counties, Northampton County, North Carolina, then westward, HART and cousins galore | TX0006559657 |
| Major William Boarman, Charles County, Maryland (1630-1709); his descendants—Boarman/Bowman, and allied families | TXU000489380 |
| More colonial families of Maryland: pioneers of Westmoreland County, Virginia and Kentucky | TX0005716057 |
| Rapier, Hayden, and allied families, colonial Maryland and Kentucky / by Sister Mary Louise Donnelly; Wi[l]frid Vollmer Worland, illustrator | TX0000714766 |
| St. Joseph's Catholic Community, Waxahachie, Texas: our parish history of 125 years, 1874-1999 | TX0004916750 |
| Texas trails of our Tollett family / by Mary Louise Donnelly | TX0003787679 |
| Thomas Hill and Rebecca Miles, ancestors and descendants | TX0001479444 |
| Trappist, Kentucky: Pottinger's Settlement and Willett's Settlement | TXU001281001 |
| Willett family of Maryland: colonial pewterers, Kentucky pioneers | TX0001113819 |
| William Elder | TX0006525386 |
| William Elder, ancestors and descendants | TX0001828752 |

10.   Defendant offers literary works for sale to the general public through, *inter alia*, public marketplaces such as <<www.amazon.com>>>.

11.   These websites are viewable in this District and, upon information and belief, individuals in this District have purchased Defendant's products online and have had them delivered to their homes in this District.

12.   Plaintiff has not conveyed any right or permission to Defendant to sell, market, reproduce or otherwise exploit the Registered Works.

13. Upon information and belief, Defendant has reproduced, exploited, copied, sold, and/or distributed to the public or all of the Registered Works without authorization or consent and threatens to continue the same, said Registered Works including at least the following: Charles County, Maryland: My Colonial Relations Plus Others; Colonial Settlers, St. Clement's Bay, 1634-1780, St. Mary's County, Maryland; More Colonial Families of Maryland: Pioneers of Westmoreland County, Virginia and Kentucky; and/or William Elder, Ancestors and Descendants.

## COUNT I
## COPYRIGHT INFRINGEMENT

14. Plaintiff re-alleges and incorporates by reference the allegations contained in each preceding paragraph.

15. Defendant has infringed Plaintiff's copyright by copying, reproducing, distributing, publicly displaying and/or making derivative works of Plaintiff's Registered Works without permission from Plaintiff.

16. By reason of Defendant's infringement and threatened infringement, Plaintiff has sustained and will continue to sustain injury, loss, and damage in an amount to be determined at trial.

17. Plaintiff is entitled to recover from Defendant the damages sustained as a result of Defendant's copyright infringement in an amount to be proven at trial. Plaintiff is further entitled to recover those gains, profits, and advantages that Defendant has obtained as a result of the aforementioned infringement in an amount to be proven at trial.

18. In the alternative, Plaintiff is entitled to recover statutory damages pursuant to 17 U.S.C. §504.

19. Upon information and belief, Defendant's infringement has been willful thereby entitling Plaintiff to exemplary damages and an award of attorneys' fees.

## **PRAYER FOR RELIEF**

Plaintiff requests the Court enter judgment in her favor as follows:

A. Judgment be entered in favor of Plaintiff against Defendant;

B. Defendant be ordered to pay actual or statutory damages;

C. Defendant be ordered to forfeit all profits realized by its infringement, as well as Plaintiff's costs and reasonable attorneys' fees; and

D. Plaintiff be granted all other legal and equitable relief as this Court may deem appropriate and just.

Respectfully submitted,

*s/Zachary A.P. Oubre/*
Michael J. LaBrie, OBA # 16253
Zachary A.P. Oubre, OBA # 30666
MCAFEE & TAFT A PROFESSIONAL CORPORATION
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
(405) 235-9621 (phone)
(405) 235-0439 (fax)
mike.labrie@mcafeetaft.com
zach.oubre@mcafeetaft.com
*Attorneys for Plaintiff*

**JURY TRIAL DEMANDED**
**ATTORNEY'S LIEN CLAIMED**